**Allen WILLIAMS, Plaintiff–Appellant,**

and

**Eric T. Allsbrook; James Ashcraft; Harold Baldwin; Otis Barrino; Betty Bowden; Peter B. Bowden; David Burns; Samuel D. Butler; Wilbert**

Butler; Alfred Cagle; James W. Callaway; Elmer Capel, Jr.; William Catlin; Darcy Colson; Guy R. Davis; Thomas Davis; Thomas Deberry; Willie J. Dockery; Willie Mae Gaddy; Alvester Goode, Jr.; Carl D. Godwin; Everitt L. Green; James D. Greene; Roxanne Gulledge; Herman Harris; Roy D. Harris; Theodore H. Horne; Joshua L. Hough; Daren R. Jackson; Eric D. Jackson; Emory Johnson, Jr.; Richard Leak, Jr.; Antonio Legrande; James D. Lilly; A.C. Little; Lac Little; Henry Malone; Gary McCorkle, Sr.; Bobby W. McDonald; Ronnie J. Medley; Sammy L. Miller; James R. Owens; Tommy Pemberton; Charles Peoples; Reginald Phillips; Cynthia M. Powell; Ernest E. Richardson; Eluard Robinson; Melvin N. Robinson, Jr.; Zack Rorie, Jr.; Bobby Rushing; Arthur S. Scott, Jr.; Charles W. Smith; Robert J. Smith; Harold Lee Sturdivant; Richardo T. Teal; Harvey Thomas; John T. Turner, Jr.; Valerie L. Tyson; William Wall; Marlowe A. Williams; Ronnie Williams; Willie Williams, Jr.; Dan McCord, Jr.; All Plaintiffs; Larry E. Clegg; Matt A. Clegg, Plaintiffs,

v.

**ALUMINUM COMPANY OF AMERICA, Defendant–Appellee.**

No. 06–1903.

United States Court of Appeals, Fourth Circuit.

Submitted: July 24, 2007.

Decided: July 26, 2007.

Allen Williams, Appellant Pro Se. Kimberlee W. DeWitt, Hunton & Williams, Richmond, Virginia, for Appellee.

Before WILKINSON, TRAXLER and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Williams appeals the district court's order granting defendant's motion to compel enforcement of the parties' settlement agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Williams v. Aluminum Co. of Am.*, No. 1:00–cv–00379–NCT, 2006 WL 2023133 (M.D.N.C. filed July 15, 2006; entered July 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*